# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

| | |
|---|---|
| JULIAN E. JOHNSON, as the administrator of the Estate of Merrel P. Johnson, | )<br>)<br>)<br>) |
| Plaintiff, | ) CIVIL NO.: 4:20-cv-00056-GHD-JMV<br>)<br>) |
| v. | )<br>) |
| C. R. BARD, INCORPORATED and BARD PERIPHERAL VASCULAR, INCORPORATED | )<br>) |
| Defendants. | |

## ORDER GRANTING TEMPORARY STAY OF DISCOVERY AND ALL PRETRIAL DEADLINES

This matter came before the Court on the Parties' *Joint Motion to Temporarily Stay Discovery and All Pretrial Deadlines.* The Court having reviewed the pleadings, considered the agreement of the parties, and having conducted telephonic conferences with counsel for the parties, ORDERS that the Motion is GRANTED IN PART only. All discovery and pretrial deadlines are hereby **STAYED** until **August 3, 2020**, to allow the parties to continue settlement negotiations.

**ORDERED** this 8th day of May, 2020.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE